IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRION RICHARDSON                                                                     PLAINTIFF

V.                              Case No. 1:06CV00023 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 28th day of September, 2007.

　　　　　　　　　　　　　　　　　　  /s John F. Forster, Jr.　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE